### 35437. BROWN v. JARVIS.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED SEPTEMBER 21, 1979 — DECIDED OCTOBER 23, 1979.

*Adrienne Black,* for appellant.
*M. Randall Peek, District Attorney, William R. Ritchie, Assistant District Attorney,* for appellee.